UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BENSON CONSTRUCTION SERVICES, LLC,<br><br>Defendant. | Civil Action No. 3:16-cv-274(RJC)(DSC)<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR FINAL JUDGMENT BY DEFAULT AGAINST DEFENDANT BENSON CONSTRUCTION SERVICES, LLC PURSUANT TO FRCP 55(b)(1)** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, default was entered against Defendant Benson Construction Services, LLC ("Defendant") for having failed to appear, retain counsel and otherwise defend this action in the time allowed by law. Now, upon application of Plaintiff Zurich American Insurance Company ("Plaintiff"), the declaration and affidavit submitted demonstrating that Plaintiff is entitled to an award of damages in the principal amount of $201,927.74 against Defendant and that Defendant is not an infant, an incompetent person or in the military service of the United States,

It is hereby ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff's application for final judgment by default against Defendant pursuant to FRCP 55(b)(1) is GRANTED in its entirety; and

2. Plaintiff is hereby awarded damages against Defendant in the principal sum certain amount of $201,927.74.

Signed: July 12, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court